of a tax, but it is a power that should be cautiously exercised, because as a general rule there is an adequate remedy at law ... This decision must not be understood as an adjudication of the validity of the assessment, nor as an expression of approval of the method adopted by the Board for the Assessment and Revision of Taxes [or the tax assessor] ... What we do decide is that every question presented for our consideration in the case at bar, can be raised on appeal from the revised assessment under the law. There being an adequate remedy at law, a court of equity should be very slow to extend its restraining arm when by so doing the entire assessment would be stricken down."

For the above reasons the order must be affirmed.

Order affirmed. Costs to be paid by the appellant.

Art Novelty Manufacturing Company, Inc., Appellant, *v.* Kenworthey.

Argued April 23, 1952.   Before DREW, C. J., STERN, STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

474

476

478

*W. Horace Hepburn, Jr.,* for appellant.

*Philip Dorfman,* for appellees.

Opinion Per Curiam, May 26, 1952:

The judgment is affirmed on the opinion of Judge Hagan for the court below.

Farber *v.* Perkiomen Mutual Insurance Company, Appellant.

Argued April 15, 1952. Before Drew, C. J., Stearne, Jones, Bell, Chidsey and Musmanno, JJ.

